# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| JUSTIN A. EDMONDS, | Case No. CV-23-47 -GF-JTJ |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| MARTIN O'MALLY, Commissioner of Social Security, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Commissioner's final decision is REVERSED and REMANDED.

Dated this 12th day of February, 2024.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk